```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9
10  IN RE:
11  SK FOODS, L.P.
12          Debtor.
13  BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK
14          Plaintiff,
15              v.
16  SCOTT SALYER, et al.,
17          Defendants.
                                        /
18
19  IN RE:
20  SK FOODS, L.P.
21          Debtor.
22  BRADLEY D. SHARP,                        CIV. NO. S-10-811 LKK
23          Plaintiff,
24              v.
25  SKF AVIATION, LLC, et al.,
26          Defendants.
                                        /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                       CIV. NO. S-10-812 LKK
 5          Plaintiff,
 6              v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
    _____/
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                          CIV. NO. S-10-1492 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
    _____/
17  ////
18  ////
    IN RE:
19
    SK FOODS, L.P.                          CIV. NO. S-10-1493 LKK
20
            Debtor.
21  _____/
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                        CIV. NO. S-10-1496 LKK
 5          Plaintiff,
 6              v.
 7  CSSS, L.P., et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                        CIV. NO. S-10-1497 LKK
13          Plaintiff,
14              v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17                                      /
18  IN RE:
19  SK FOODS, L.P.
20          Debtor.
21  BRADLEY SHARP,                        CIV. NO. S-10-1498 LKK
22          Plaintiff,
23              v.
24  SKF AVIATION, LLC., et al.,
25          Defendants.
                                        /
26
```

3

```
IN RE:
SK FOODS, L.P.
        Debtor.
BRADLEY SHARP,                                    CIV. NO. S-10-1499 LKK
        Plaintiff,
            v.
SCOTT SALYER, et al.,
        Defendants.
_____/
IN RE:
SK FOODS, L.P.
        Debtor.
BRADLEY SHARP,                                    CIV. NO. S-10-1500 LKK
        Plaintiff,
            v.
                                                     O R D E R
SCOTT SALYER, et al.,
        Defendants.
_____/
```

Currently before this court are two sets of bankruptcy appeals that this court related to a criminal matter before it, <u>United States of America v. Frederick Scott Salyer</u>, 2:10-cr-00061-LKK-GGH. The first set of appeals bear the following case numbers: (1) 2:10-cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The parties filed identical briefs in each of these cases. The second set of appeals bear the following case numbers: (1) 2:10-cv-01492-LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

4

cv-01500-LKK. Likewise, the parties filed identical briefs in each of these cases. Briefing is now complete on both sets of appeals.

Further, the Bankruptcy Trustee has filed a Motion to Dismiss the second set of bankruptcy appeals and a Motion to Strike a declaration attached to defendants' opening brief in the second set of bankruptcy appeals. These motions are currently set to be heard on September 27, 2010.

The court has determined that both sets of appeals and the two motions should be heard together. For the foregoing reasons the court orders as follows:

(1) The above-captioned bankruptcy appeals shall be heard on October 12, 2010 at 10:00 a.m.

(2) The hearings on the motions to dismiss and to strike filed in the second set of bankruptcy appeals are CONTINUED to October 12, 2010 at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 16, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5