```
 1
 2
 3
 4
 5
 6
 7                        UNITED STATES DISTRICT COURT
 8                       EASTERN DISTRICT OF CALIFORNIA
 9
10   UNITED STATES OF AMERICA,
11            Plaintiff,
12                v.                        CR. NO. S-10-061 LKK
13   FREDERICK SCOTT SALYER,
14            Defendant.
                                         /
15   IN RE:
16   SK FOODS, L.P.
17            Debtor.
18   BRADLEY D. SHARP,                     CIV. NO. S-10-810 LKK
19            Plaintiff,
20                v.
21   SCOTT SALYER, et al.,
22            Defendants.
                                         /
23
24   ////
25   ////
26   ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                      CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
    _____/
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,                      CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
    _____/
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                         CIV. NO. S-10-1492 LKK
21          Plaintiff,
22             v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
    _____/
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.                            CIV. NO. S-10-1493 LKK
 3           Debtor.
                                      /
 4  IN RE:
 5  SK FOODS, L.P.
 6           Debtor.
 7  BRADLEY SHARP,                            CIV. NO. S-10-1496 LKK
 8           Plaintiff,
 9              v.
10  CSSS, L.P., et al.,
11           Defendants.
                                      /
12  IN RE:
13  SK FOODS, L.P.
14           Debtor.
15  BRADLEY SHARP,                            CIV. NO. S-10-1497 LKK
16           Plaintiff,
17              v.
18  FRED SALYER IRREVOCABLE
    TRUST, et al.,
19
             Defendants.
20                                    /
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
13          Plaintiff,
14              v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
21          Plaintiff,
22              v.
23  SCOTT SALYER, et al.,
24          Defendants.
                                        /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                              Civ. S-10-2912 WBS
 5          Plaintiff
 6             v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                    /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,
                                                   Civ. S-10-2913 FCD
13          Plaintiff,
14             v.
15  SCOTT SALYER, et al.,
16          Defendants.
                                    /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY D. SHARP,
                                                   Civ. S-10-2914 MCE
21          Plaintiff,
22             v.
23  SKF AVIATION, LLC, et al.,
                                                   RELATED CASE ORDER
24          Defendants.
                                    /
25  ////
26  ////
```

1    Defendant Frederick Scott Salyer has filed a notice of related
2 cases arguing that United States of America v. Salyer, No. 2:10-CR-
3 0061-LKK, is related to three more appeals from orders entered by
4 the Bankruptcy Court in adversary litigation.  Each of these
5 appeals concerns a request to stay the adversary proceedings
6 pending completion of the criminal proceedings in United States v.
7 Salyer.  Examination of the above matters reveals that they are
8 related within the meaning of E.D. Cal. Local Rule 123 for the
9 reasons set forth in defendant Salyer's memorandum.
10    The parties should be aware that relating the cases under
11 Local Rule 123 merely has the result that the actions are assigned
12 to the same judge; no consolidation of the actions is effected.
13 Under the regular practice of this court, related cases are
14 generally assigned to the judge to whom the first filed action was
15 assigned.
16    IT IS THEREFORE ORDERED that the actions denominated
17 2:10-CV-2912-WBS, 2:10-CV-2913-FCD, and 2:10-CV-2914-MCE are
18 reassigned to Judge Lawrence K. Karlton for all further
19 proceedings.  Henceforth the caption on all documents filed in the
20 reassigned cases shall be shown as No. 2:10-CV-2912-LKK, 2:10-CV-
21 2913-LKK, and 2:10-CV-2914-LKK.
22    IT IS FURTHER ORDERED that the Clerk of the Court make
23 appropriate adjustment in the assignment of cases to compensate for
24 this reassignment.
25    IT IS SO ORDERED.
26    DATED:  November 23, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT