```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

         Debtor.

BRADLEY SHARP,                          CIV. NO. S-10-1492 LKK

         Plaintiff,

              v.

SSC FARMS 1, LLC, et al.,

         Defendants.
                                      /
IN RE:

SK FOODS, L.P.                          CIV. NO. S-10-1493 LKK

         Debtor.
                                      /
IN RE:

SK FOODS, L.P.

         Debtor.

BRADLEY SHARP,                          CIV. NO. S-10-1496 LKK

         Plaintiff,

              v.

CSSS, L.P., et al.,

         Defendants.
                                      /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3           Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
 5           Plaintiff,
 6              v.
 7  FRED SALYER IRREVOCABLE
    TRUST, et al.,
 8
             Defendants.
 9  _____/
10  IN RE:
11  SK FOODS, L.P.
12           Debtor.
13  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
14           Plaintiff,
15              v.
16  SKF AVIATION, LLC., et al.,
17           Defendants.
18  _____/
    IN RE:
19
    SK FOODS, L.P.
20
             Debtor.
21
    BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
22
             Plaintiff,
23
                v.
24
    SCOTT SALYER, et al.,
25
             Defendants.
26  _____/
```

2

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                            CIV. NO. S-10-1500 LKK
 5          Plaintiff,
 6              v.
                                              O R D E R
 7  SCOTT SALYER, et al.,
 8          Defendants.
                                          /
 9
```

The Bankruptcy Trustee has filed a motion for rehearing, which is set to be heard on January 31, 2011 at 10:00 a.m. Shortly after filing the motion, the debtor and non-debtor entities filed an objection to the motion in which they requested a continuance of the hearing while their lead counsel underwent and recovered from surgery. On January 14, 2011, the court denied the request for a continuance on the grounds that the firms that represent the entities have sufficient attorneys to prepare for the motion. The court did, however, allow for a brief extension of time for the entities to file their response to the motion. Specifically, the court ordered that, "The response shall be filed by 9:00 a.m. on January 19, 2011." Order at 4. No response has been filed.

For the foregoing reasons, the court ORDERS as follows:

(1) The Bankruptcy Trustee's motion for rehearing SHALL BE HEARD on January 31, 2011 at 10:00 a.m.

(2) The court recognizes that the change of attorneys may have caused counsel for the entities to fail to file a

```
                response to the Trustee's motion. If this is the case,
                counsel for the entities MUST FILE a notice to the court
                indicating why they have not responded to the motion by
                9:00 a.m. on Wednesday, January 26, 2011.
```

IT IS SO ORDERED.

DATED:   January 21, 2011.

                                        _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT